**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                15 CR. 41 (RMB)

 -against-

                **ORDER**

ERVENS JEAN,
     Defendant.
------------------------------------------------------------X

  The Court will hold a telephone status conference on Wednesday, July 15, 2020 at 10:30 AM.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 1541

Dated: June 18, 2020
   New York, NY

                _Richard M. Berman_
                _____
                RICHARD M. BERMAN
                U.S.D.J.